# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2018

SEAN F. McAVOY, CLERK

United States of America

*Plaintiff*

v.

Native Link LLC, a Delaware limited liability company; Native Link Construction LLC, a Delaware limited liability company; Patrick L Nolan, a Canadian citizen; Melinda Ann Walk, a Washington State resident

*Defendant*

Civil Action No. 2:16-cv-00416-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment shall be entered for the United States against all Defendants in the amount of:
    a. The remaining balance of $281,843.14 inclusive of interest accrued to February 13, 2018;
    b. Interest to accrue on the balance at the rate of $51.03 per day from and after February 13, 2018, to the date of judgment;
    c. Interest on the balance from the date of judgment at the rate set forth in 28 U.S.C. § 1961; and
    d. Court costs and the costs of collection and attorney's fees presently and in the future incurred.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for
Summary Judgment as to Melinda Ann Walk, now known as Melinda Ann Thompson, and Default Judgment as to Patrick Nolan, Native Link , and Native Link Construction, ECF No. 14, GRANTED.

Date: 4/17/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler